UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISMAR SEPULVEDA, an individual

      Plaintiff,

      v.

CVS PHARMACY, INC., a Rhode Island Corporation, et al.

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:26-cv-01210-KES-FJS

ORDER CONTINUING SCHEDULING CONFERENCE

On March 5, 2026, Defendant CVS Pharmacy filed a motion to compel arbitration and dismissal of the action. (ECF No. 7.) On March 13, 2026, Plaintiff Ismar Sepulveda filed a motion to remand. (ECF No. 8.) Due to the two pending motions before District Judge Sheriff, the SCHEDULING CONFERENCE currently set for May 12, 2026, is continued to August 11, 2026, at 11:00 AM in COURTROOM 8 (FJS) before Magistrate Judge Frank. J Singer. The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear remotely by telephone. The parties will be provided with the telephonic conference information by the Court Room Deputy prior to the conference. The conference number and password are confidential and not to be shared.

IT IS SO ORDERED.

   Dated:   **May 4, 2026**

                                          

UNITED STATES MAGISTRATE JUDGE