UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

ISAMAR SEPULVEDA, an individual,

Plaintiff,

v.

CVS PHARMACY, INC., a Rhode Island corporation; GARFIELD BEACH CVS, LLC, a California limited liability corporation; CLARA WALKER an individual; and DOES 1 through 10,

Defendants.

Case No. 1:26-cv-01210-KES-FJS

ORDER GRANTING JOINT STIPULATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE AND ALL ASSOCIATED DEADLINES

(ECF No. 17)

The court, having read and considered the parties' joint stipulation to continue the scheduling conference (ECF No. 17), and for good cause, ORDERS as follows:

1. The scheduling conference currently set for August 11, 2026, is continued to January 19, 2027, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;

2. The parties shall file a joint scheduling report seven (7) days prior to the conference; and

3. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **July 31, 2026**

UNITED STATES MAGISTRATE JUDGE